IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

TOBY DIONNE PEGRAM,             )
                                )
            Plaintiff,           )
                                )
    v.                           )         1:12CV308
                                )
LIEUTENANT WINGFIELD, et al.,    )
                                )
            Defendant(s).        )

**ORDER**

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on May 21, 2012, was served on the parties in this action. No objections were filed within the time limits prescribed by § 636.

The court hereby adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED** that this action is dismissed pursuant to 28 U.S.C. § 1915A for being frivolous or failing to state a claim upon which relief may be granted. A Judgment dismissing this action will be entered contemporaneously with this Order.

                                   _____
                                   United States District Judge

Date: June 26, 2012